IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr442
3:09cr99

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| ELUTERIO VILLA-BENITEZ | ) | |
| | ) | |

**THIS MATTER** is before the Court on Motion of the defendant to consolidate Case Number 3:06cr442 (Conrad, C.J.) and Case Number 3:09cr99 (Whitney, J.) before one judge. (Case No. 3:06cr442, Doc. No. 10). The motion recites that counsel for the government does not oppose the motion.

The Court finds that the interests of justice will be served by assigning both cases to the same judge.

**IT IS, THEREFORE, ORDERED** that the Motion of the defendant is **GRANTED** and Case Number 3:09cr99 is reassigned to the undersigned.

The Clerk is directed to certify copies of this Order to defendant, defense counsel, U.S. Probation Office, U.S. Marshal Service, and the U.S. Attorney.

Signed: September 25, 2009

Robert J. Conrad, Jr.
Chief United States District Judge